**Motion Granted and Order filed July 28, 2015**



In The

# Fourteenth Court of Appeals

—————————

**NO. 14-15-00201-CR**
**NO. 14-15-00202-CR**

—————————

**ANTHONY DEON BRADFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 14CR0146 and 14CR0147**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Counsel has filed a motion to allow appellant an opportunity to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 122nd District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that

the clerk of that court furnish the record to appellant on or before August 13, 2015; that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM